■ Norman Annexstein et al., Appellants, v Lloyd Gelb et al., Respondents. (Appeal No. 1.) [612 NYS2d 980] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal

from Order of Supreme Court, Nassau County, Robbins, J.— Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.